**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00113-CR**

_____


**EX PARTE RAFAEL LEOS-TREJO**

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-02-02293-CR**

_____

**ORDER**

The appellant, Rafael Leos-Trejo, filed a motion to abate the appeal and remand the case to the trial court for signing and entry of a written order on the application for a writ of habeas corpus. The State did not file an objection to the motion.

It is, therefore, ORDERED that the motion is granted. The appeal is abated and the case is remanded to the trial court for a written order on appellant's application for a writ of habeas corpus. A supplemental clerk's record containing the trial court's order shall be filed with the Court of Appeals by **July 10, 2018**. The

1

appeal will be reinstated without further order when the supplemental clerk's record is filed.

ORDER ENTERED June 27, 2018.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.